IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                            Case No. 4:06-cr-40028

WAYNE A. YANDELL                                                       DEFENDANT

## ORDER

Before the Court is the Government's Motion to Dismiss the case against Defendant Wayne A. Yandell. (ECF No. 27). Pursuant to Fed R. Crim P. 48(a), the government moves the Court to dismiss this case due to the death of Defendant on October 28, 2020, who died while incarcerated in the Arkansas Department of Corrections. Accordingly, this motion is **GRANTED**. Therefore, this matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of December, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge